UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELLYE M. DAVIS<br>　　　　Plaintiff<br>　　v.<br>HARTFORD PUBLIC SCHOOLS,<br>　　　　Defendant | CIV. NO. 3:06CV1596 (AHN) |

**ORDER TO PRODUCE DOCUMENTS**

It is HEREBY ORDERED that ST. FRANCIS HOSPITAL produce all medical records of Shellye M. Davis on or before November 3, 2008. The records shall be delivered to:

　　Melinda B. Kaufmann, Esq.
　　Office of the Corporation Counsel
　　City of Hartford
　　550 Mail Street
　　Hartford, CT 06103

This order follows two previous requests made by the defendant City of Hartford on August 7, 2008 and October 8, 2008, accompanied by a release from Ms. Davis.

Defendant City of Hartford shall cause a copy of this order to be served upon St. Francis Hospital forthwith.

SO ORDERED at Bridgeport this 27th day of October, 2008.

　　　　　　　　　　　　　　_____/s/_____

　　　　　　　　　　　　　　HOLLY B. FITZSIMMONS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE